# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3286
_____

KRISTY KURIGER,

    Appellant,

    v.

DION ENTERPRISES, LLC and
BRIDGEFIELD CASUALTY
INSURANCE CO.,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Rita L. Young, Judge.

Date of Accident: January 13, 2023.

February 23, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth B. Schwartz of Gordon & Partners, P.A., North Palm Beach, for Appellant.

H. George Kagan, Gulf Stream, for Appellees.